United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA JOHNSON, | Case No. 25-cv-03310-JSC |
| Plaintiff, | |
| v. | **PRETRIAL ORDER NO. 1: CASE SCHEDULE** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

Following the July 30, 2025 initial case management conference, the Court ORDERS the following deadlines:

| | |
|---|---|
| Discovery Cut-Off: | December 19, 2025 |
| Complete Private Mediation: | December 19, 2025 |
| Lodge Administrative Record: | February 13, 2026 |
| Plaintiff's Rule 52 Brief: | February 23, 2026 |
| Defendant's Rule 52 Brief: | March 9, 2026 |
| Plaintiff's Rule 52 Reply: | March 30, 2026 |
| Defendant's Rule 52 Reply: | April 30, 2026 |
| Rule 52 Hearing; | May 21, 2026 at 2:00 p.m. |

The Court schedules a further case management conference for January 14, 2026 at 2:00 p.m. via Zoom video. An updated case management conference statement is due one week in advance. The Court will be especially interested in whether referral for a magistrate judge

settlement conference could be productive.

**IT IS SO ORDERED.**

Dated: July 30, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2